IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. |
| | ) |
| Plaintiff, | ) JUDGE |
| | ) |
| v. | ) |
| | ) |
| $27,000.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Henry F. DeBaggis, Assistant U.S. Attorney, and files this Complaint in Forfeiture, respectfully alleging, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, as follows:

**JURISDICTION AND INTRODUCTION**

1. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C. Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. Section 881(a)(6).

2. This Court has *in rem* jurisdiction over the defendant currency: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395,

because the action accrued in this district. This Court will have control over the defendant currency through service of an arrest warrant *in rem*, which the Federal Bureau of Investigation (FBI) will execute upon the defendant currency. *See*, Supplemental Rules G(3)(b) and G(3)(c).

3. Venue is proper in this district: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1395 because the action accrued in this district.

4. On October 23, 2019, the defendant $27,000.00 in U.S. Currency was seized from Jermaine Woodson's bedroom at XXXX Marion Ave. SE, Massillon, Ohio. The seizure was made by FBI special agents and local law enforcement officers pursuant to a search warrant issued by the Stark County Common Pleas Court. The defendant currency is now in the custody of the federal government.

5. Subsequent to the seizure, the FBI commenced an administrative forfeiture proceeding against the defendant currency. A claim to the defendant currency was submitted by Jermaine Woodson in the administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

6. The defendant $27,000.00 in U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

**FORFEITURE**

7. On October 23, 2019, at approximately 7:20 a.m., FBI special agents and local law enforcement officers executed a search warrant at a residence located at XXXX Marion

Avenue SE, Massillon, Ohio. At the time of the search, Jerome Hall was the only individual present at the residence.

8.  During the search of the residence, law enforcement seized the following property from Jermaine Woodson's bedroom:

   a.  Smith & Wesson firearm with loaded magazine, Model # SW40V8, Serial Number DWF1798 found under the bedroom mattress;

   b.  Digital scale with box found on a bedroom shelf;

   c.  Bag of green leaf and a container with a green leaf substance found on a shoe shelf in the bedroom;

   d.  Dymo digital scale found on a shoe shelf in the bedroom;

   e.  MT duffle bag with scales, baggies and gloves found in the bedroom closet; and

   f.  $27,000.00 in U.S. Currency found in the bedroom clothes hamper.

9.  On October 23, 2019, Jermaine Woodson appeared at the FBI office in Canton, Ohio and asked why his $27,000.00 in U.S. Currency was seized from the Marion Avenue residence. Woodson said he did not reside at the residence and his belongings were only there because he had an argument with his girlfriend.

10. While at the FBI, Woodson said the $27,000.00 in U.S. Currency found in the bedroom clothes hamper was his from selling cars. When Woodson was asked for proof of the car sales, he said, "I will have to try and find some receipts." Woodson was asked but could not provide any details about the cars he sold. WOODSON then left the FBI.

11. Prior to the seizure, Jermaine Woodson pleaded guilty to felony possession of cocaine in Stark County Common Pleas Case No. 1997CR1250 and on March 23, 1998, he was sentenced to prison for one (1) year.

12. Prior to the seizure, Jermaine Woodson pleaded guilty to three counts of trafficking in cocaine, having a weapon while under disability and other criminal felony offenses in Stark County Common Pleas Case No. 2008CR1040 and on September 4, 2008, he was sentenced to prison for five (5) years.

## CONCLUSION

13. By reason of the foregoing, the defendant $27,000.00 in U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

WHEREFORE, plaintiff, the United States of America, requests that this Court enter judgment condemning the defendant currency and forfeiting it to the United States, and providing that the defendant currency be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
United States Attorney
Northern District of Ohio

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113
216.622.3749 / Fax: 216.522.7499
Henry.DeBaggis@usdoj.gov

## VERIFICATION

STATE OF OHIO )
                              ) SS.
COUNTY OF CUYAHOGA )

I, Henry F. DeBaggis, under penalty of perjury, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the within entitled action. The foregoing Complaint in Forfeiture is based upon information officially provided to me and, to my knowledge and belief, is true and correct.

_____
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney

Sworn to and subscribed in my presence this  24  day of January, 2020.

_____
Notary Public

DIANE SCHNEIDER
NOTARY PUBLIC
STATE OF OHIO
COMM. EXPIRES
3-9-2022
RECORDED IN
CUYAHOGA COUNTY

5